IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MATTHEW WARREN BRIGHT, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00447-CAR |
| | * |
| THE MEDICAL CENTER NAVICENT HEALTH, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 14th day of October, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk